No. D–1335. IN RE DISBARMENT OF KRISTOFF. It is ordered that Lawrence E. Kristoff, of White Plains, N. Y., be suspended

from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.